## CHRISTIAN v. McREYNOLDS.

[Decided July 1, 1895. Rehearing denied December 6, 1895.]

ON RESERVED QUESTIONS from the District Court of Converse County. HON. RICHARD H. SCOTT, Judge.

Election contest. Same questions involved as in Slaymaker v. Phillips, supra. Andrew Christian and William McReynolds had been opposing candidates for the office of county commissioner.

*Lacey & Van Devanter,* for plaintiff.

*Robert W. Breckons,* for defendant.

CONAWAY, JUSTICE.

This case is in all respects similar to that of Slaymaker v. Phillips, decided at this term, except that a different county office is involved. The same questions are reserved. The opinion in the case of Slaymaker v. Phillips discusses the questions involved in this case. This case will also be remanded for further proceedings in accordance with that opinion.

POTTER, J., concurs.

GROESBECK, C. J.: I dissent for the reasons given in my dissenting opinion filed in the case of Slaymaker v. Phillips, just decided at this term.